JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JOSEPH CASTELL A/K/A DOUG CASTELL, <br><br> Plaintiff, <br><br> vs. <br><br> CARRINGTON MORTGAGE SERVICES, LLC.,, <br><br> Defendant | Case No.: 2:20-cv-08877 FMO (SKx) <br><br> ORDER ON STIPULATION OF DISMISSAL |

Plaintiff, DOUGLAS JOSEPH CASTELL A/K/A DOUG CASTELL the Defendant, CARRINGTON MORTGAGE SERVICES, LLC., through their respective counsel, having filed their Stipulation of Dismissal with Prejudice and the Court having reviewed same, it is hereby ORDERED:

1. The stipulation is approved. The action is hereby dismissed with prejudice.

Dated: February 25, 2021          /s/ Fernando M. Olguin
                                  UNITED STATES DISTRICT JUDGE